# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA CHUKCHANSI INDIANS,<br><br>           Plaintiffs,<br><br>    vs.<br><br>YOSEMITE BANK, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 13-0831 LJO SKO<br>**NEW CASE NO. CV F 13-0831 LJO MJS**<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Picayune Rancheria of Chukchansi. v. Rabobank, et al.*, Case No. CV F 13-0609 LJO MJS.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Michael J. Seng with a new **CASE NO. CV F 13-0831**

**LJO MJS**.  All documents shall bear the new **CASE NO. CV F 13-0831 LJO MJS** and the reassignment to Magistrate Judge Seng.  U.S. District Judge Lawrence J. O'Neill will remain assigned to this action.

The proposed intervenor defendant (Lewis Faction) will need to reset its motion to intervene before Magistrate Judge Seng.

IT IS SO ORDERED.

Dated:   **June 13, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

2