UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS, | CASE NO. CV F 13-0831 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANTS** (Doc. 26.) |
| vs. | |
| YOSEMITE BANK, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendants Reggie Lewis, Carl Bushman, and Chance Alberta only. Such dismissal renders moot the F.R.Civ.P. 12 motion to dismiss of defendants Reggie Lewis, Carl Bushman, and Chance Alberta (doc. 24). As such, this Court VACATES the September 27, 2013 hearing on the F.R.Civ.P. 12 motion to dismiss and will take no further action on it. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **September 10, 2013**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28