LESTER J. MARSTON – California SBN 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile:  707-462-4235
e-mail: marston1@pacbell.net

Attorneys for Plaintiff

TIMOTHY JONES - California SBN 119841
WANGER JONES HELSLEY PC
265 E River Park Cir Ste 310
Fresno, CA 93720
Telephone: 559-233-4800
Facsimile: 559-233-4235
e-mail: tjones@wjhattorneys.com

Attorneys for Defendants Yosemite Bank
and United Security Bank

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>Plaintiff<br><br>v.<br><br>YOSEMITE BANK, et al.,<br><br>Defendants.<br>_____ | Case No. CVF 13-0831- LJO-MJS<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER |

   The parties, by and through their respective under signed legal counsel hereby stipulate as follows:

   1. The above entitled lawsuit against Yosemite Bank and United Security Bank shall be dismissed without prejudice.

   2. Each party shall bear their own costs and attorneys' fees in this matter.

   3. The Parties further agree that the Court may enter an appropriate order pursuant to this stipulation.

K:\LJO\To_Be_Signed\13cv0831.dismiss.glg.wpd             1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 10, 2013 | RAPPORT AND MARSTON |
| | By: */s/ Lester J. Marston* <br> LESTER J. MARSTON <br> Attorneys for Plaintiff |
| Dated: September 12, 2013 | WANGER JONES HELSLEY PC |
| | By: */s/ Timothy Jones* <br> Timothy Jones <br> Attorney for Yosemite Bank and <br> United Security Bank |

# **O R D E R**

This Court ENTERS this order based on the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 12, 2013        /s/  Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE